# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY RAY WALKER, | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 3:18-CV-00014-L (BT) |
| LORIE DAVIS, Director TDCJ-CID, | § | |
| Respondent. | § | |

## ORDER

Before the court is Johnny Ray Walker's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 3), filed January 3, 2018; Lorie Davis's ("Respondent") Response (Doc. 16), filed June 1, 2018; and Petitioner's Reply (Doc. 20), filed on July 31, 2018. On December 31, 2018, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the petition be denied with prejudice for failure to make a substantial showing of the denial of a federal right. No objections were filed by the deadline for pro se petitioners.

Having reviewed the record in this case, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) and **dismisses with prejudice** this action for failure to make a substantial showing of the denial of a federal right.

**It is so ordered** this 30th day of January, 2019.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**